150 A.3d 824

WILLIAMS, Charles

v.

STATE of Maryland

Pet. Docket No. 377, Sept. Term, 2016

Court of Appeals of Maryland.

December 15, 2016

Opinion of the Court of Special Appeals unreported (No. 1183, Sept. Term, 2014).

Petition for writ of certiorari and conditional cross-petition both denied.

■

150 A.3d 824

YOUNG ELECTRICAL CONTRACTORS

v.

DUSTIN CONSTRUCTION

Pet. Docket No. 446, Sept. Term, 2016

Court of Appeals of Maryland.

December 15, 2016

Opinion of the Court of Special Appeals unreported (No. 226, Sept. Term, 2014).

Petition for writ of certiorari denied.